In the Matter of the Claim of JOHN C. DEGENFELDER, Appellant, *v.* H. G. VOGEL COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 21, 1934; decided June 5, 1934.)

*George C. Riley* for appellant.

*Horace C. Winch* for H. G. Vogel Company et al., respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.